Submitted on record and briefs August 31, reversed and remanded
October 31, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CHARLES RANDY RILEY,
*Defendant-Appellant.*

Columbia County Circuit Court
041008; A126938

170 P3d 1121

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and David C. Degner, Deputy Public Defender, Office of Public Defense Services, Legal Services Division, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Janet Klapstein, Assistant Attorney General, filed the brief for respondent.

Before Brewer, Chief Judge, and Ortega, Judge, and Deits, Judge pro tempore.

PER CURIAM

Reversed and remanded. *State v. Bray*, 342 Or 711, 160 P3d 983 (2007).